# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) |
| | ) Case No:  13-CR-0141(1) (PJS/SER) |
| v. | ) Date:  August 20, 2013 |
| | ) Court Reporter:  Debra Beauvais |
| Phuvanath Ronald Mounthachack, | ) Courthouse:  Minneapolis |
| Defendant. | ) Courtroom:  14E |
| | ) Time Commenced:  1:37 p.m. |
| | ) Time Concluded:  2:07 p.m. |
| | Sealed Hearing Time: |
| | Time in Court:  Hours & 30 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
  For Plaintiff:   Amber Brennan
  For Defendant:   John Fossum   ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed
  Interpreter/Language: /
  ☐ Appointment of Counsel requested -  ☐ granted   ☐ denied.
  ☐ Appointed

PROCEEDINGS:
  ☐ **Arraignment** on ☐ Information, ☐ Indictment
  ☒ **Change of Plea Hearing.**
  ☐ **Initial Appearance.**
  ☐ Indictment waived.
  ☐ Defendant withdraws plea of as to Count(s):

  ☒ PLEA:
    ☒ Guilty as to Count: 1
    ☐ "Nolo Contendere" as to Count(s):
    ☐ Defendant admits allegations in the Information.

  ☒ Presentence Investigation and Report requested.
  ☒ Bond continued.
  ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
  ☐ Defendant remanded to the custody of the U.S. Marshal.

s/C. Glover<br>Courtroom Deputy